O

FILED
CLERK, U.S. DISTRICT COURT
FEB 17 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 07-114 VAP |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed. R. Crim. P. 32.1(a)(6); |
| Maximino Canizal-Padilla, ) | 18 U.S.C. § 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Cent Dist/Calif for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on no known bail resources, undocumented alien

1 | status, prior deportation, use of numerous
2 | personal identifiers and aliases
3 |
4 | and/or
5 | B.  ( )  The defendant has not met his/her burden of establishing by
6 |          clear and convincing evidence that he/she is not likely to pose
7 |          a danger to the safety of any other person or the community if
8 |          released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 |          on: _____
10|
11|
12|
13|
14|     IT THEREFORE IS ORDERED that the defendant be detained pending
15| the further revocation proceedings.
16|
17| Dated:  2/17/17                         /s/ Jean Rosenbluth
18|                                         JEAN ROSENBLUTH
                                            U.S. MAGISTRATE JUDGE